AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Nelson ARROYO | ) | Case No. 13 cr 10011 NMG |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Nelson ARROYO a/k/a "Luis LIRANZO" a/k/a "Bolo",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to possess with intent to distribute and to distribute cocaine, in violation of 21 U.S.C. § 846
Possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1)

Date: January 10, 2013

*Issuing officer's signature*

City and state:  Boston, MA

Leo T. Sorokin   USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____  USMS NY
Date: _____   ...EST/ARRAIGNMENT OF THE ...NDANT ON  2/21/2013

*Arresting officer's signature*

*Printed name and title*