United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. |
| NELSON ARROYO, | ) | 13-10011-NMG |
| | ) | |
| Defendant. | ) | |

ORDER

**GORTON, J.**

In accordance with a Memorandum and Order to follow, defendant's motion to suppress is, with respect to defendant's incriminating statements made after officers seized defendant's handgun on December 7, 2012, **ALLOWED**, but, is in all other respects, **DENIED**. The suppression hearing scheduled for September 6, 2013, is, therefore, cancelled.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated September _3_, 2013